## WOOSTER vs. EASTON.

APPEAL FROM THE PARISH COURT FOR THE PARISH AND CITY
OF NEW ORLEANS.

*Judgment affirmed with damages as a delay case.*

This is a suit against the maker of a note, to which there is no serious defence.

From judgment against him the defendant appealed.

*I. W. Smith*, for plaintiff, asked for the affirmance of the judgment with the maximum of damages.

*Culbertson*, contra.

*Bullard, J.* delivered the opinion of the court.

This is an action upon a promissory note by the payee against the drawer. No serious defence appears to have been made below and the appeal was evidently taken merely for delay.

It is therefore ordered that the judgment of the Parish Court be affirmed with costs and ten per cent. damages.